UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC., <br><br> Plaintiff(s), <br><br> v. <br><br> PACIFIC SHIP REPAIR AND FABRICATION INC., <br><br> Defendant(s). | CASE NO. MC24-0059-KKE <br><br> ORDER DENYING MOTION FOR JUDGMENT WITHOUT PREJUDICE |

Although Plaintiff has moved for a judgment on the answer of Garnishee Banner Bank, against Defendant, the record does not contain the required evidence that the writ of garnishment and a copy of Plaintiff's affidavit submitted as application for the writ were served on Defendant. *See* WASH. REV. CODE § 6.27.130. Plaintiff's motion (Dkt. No. 5) is therefore DENIED without prejudice to re-filing after proof of service has been filed.

Dated this 12th day of December, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR JUDGMENT WITHOUT PREJUDICE - 1