THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC SHIP REPAIR & FABRICATION, INC., a California corporation,<br>　　　　　　Defendant,<br><br>　　v.<br><br>BANNER BANK,<br>　　　　　　Garnishee-Defendant. | NO.　2:24-mc-00059-KKE<br><br>JUDGMENT ON ANSWER OF GARNISHEE DEFENDANT AND ORDER TO PAY<br><br>*(Clerk's Action Required)* |

## I.　JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Garnishee Judgment Debtor: | Pacific Ship Repair & Fabrication, Inc. |
| Garnishee-Defendant: | Banner Bank |
| Garnishment Judgment Amount: | $2,095.29 |
| Balance on Judgment: | $1,818.29 |
| Costs Judgment Amount (Costs): | $177.00 |
| Costs Judgment Amount (Attorney's Fees) | $100.00 |
| Other Recovery Amounts: | NONE |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, Ballew & Leahy, L.L.P. |

## II.    BASIS

IT APPEARING THAT garnishee was indebted to defendant in the nonexempt amount of $1,818.29 (judgment); that at the time the Writ of Garnishment was issued defendant maintained a financial institution account with garnishee, or garnishee had in its possession or control funds, personal property, or effects of defendant; and that plaintiff has incurred recoverable costs of $177.00, and attorney's fees of $100.00, for a total of $277.00 in costs and attorney's fees; now, therefore, it is hereby

## III.    ORDER

ORDERED that plaintiff is awarded judgment against garnishee in the amount of $1,818.29; and that plaintiff is also awarded judgment against defendant in the amount of $277.00 for recoverable costs and attorney's fees, for a total of $2,095.29 ($1,818.29 + $277.00).

Garnishee shall pay its judgment amount to plaintiff's attorney, and if any payment is received by the clerk of the court, the clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $2,095.29 plus all accrued interest, payable to plaintiff's attorney, Thomas Leahy, and mail or deliver the check(s) to:

> Reid, Ballew & Leahy, L.L.P
> Attention:  Thomas A. Leahy
> 100 West Harrison Street
> North Tower Suite 300
> Seattle WA 98119

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

Dated:  December 19, 2024

_____
Kymberly K. Evanson
United States District Judge

Court Address:

Clerk, United States District Court
Western District of Washington at Seattle
700 Stewart Street, Suite 2310
Seattle WA 98101